UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IMAN YACOUB,

Plaintiff,

v.

CHILD PROTECTIVE SERVICES,

Defendant.

Case No.: 3:26-cv-0509-CAB-BLM

**ORDER DENYING MOTION TO FILE AMENDED COMPLAINT**

[Doc. No. 20]

Plaintiff Iman Yacoub, proceeding pro se, has moved for leave to file an amended complaint to (1) add her spouse and four minor children as plaintiffs and (2) "accept the attached Amended Complaint." [Doc. No. 20 at 1.] For the following reasons, the Court **DENIES** the motion.

The Court denies Plaintiff's motion to add her spouse and four minor children as plaintiffs because as a pro se plaintiff, she may not represent or file documents on behalf of anyone else. *See Johns v. Cnty. of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997) ("While a non-attorney may appear pro se on his own behalf, '[h]e has no authority to appear as an attorney for others than himself.'" (quoting *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987)); *Grizzell v. San Elijo Elementary Sch.*, 110 F.4th 1177, 1181 (9th Cir. 2024) (holding that "a parent may not proceed pro se on her children's behalf").

The Court also denies Plaintiff's motion to "accept the attached Amended Complaint" because the attached documents are not a complaint; instead they are

miscellaneous documents from other state or agency proceedings. An amended complaint must contain a short and plain statement of the grounds for the Court's jurisdiction and of Plaintiff's claim(s) showing that she is entitled to relief, as well as the demand for relief. Fed. R. Civ. P. 8(a). The amended complaint must be complete in itself and must contain copies of all exhibits referred to within the pleading without reference to previously filed complaints. If Plaintiff seeks again to file an amended complaint, the Court encourages the use of this District's form Pro Se Complaint, which is available on the District's website and which the Clerk of Court shall provide a copy of with this Order.

It is **SO ORDERED**.

Dated: August 5, 2026

Hon. Cathy Ann Bencivengo
United States District Judge